B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A & A International Shipping Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**87-0710544** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15914 S Avalon Boulevard**<br>**Compton, CA**<br>ZIP Code **90220** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:    **Chapter 11 Debtors**<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

**FILED**
**AUG 14 2015**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

B1 (Official Form 1)(04/13)                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**A & A International Shipping Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A & A International Shipping Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ Signature of Debtor  X_____ Signature of Joint Debtor **(310) 965-0044** Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **Debtor not represented by attorney** Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X_____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signed]_ Signature of Authorized Individual **Algis Gulbinas** Printed Name of Authorized Individual **President** Title of Authorized Individual **August 13, 2015** Date |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **A & A International Shipping Inc.**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&S Freight Services, Inc.<br>2653 E Carson Street<br>Long Beach, CA 90810 | A&S Freight Services, Inc.<br>2653 E Carson Street<br>Long Beach, CA 90810 | Trade Debt | | 15,000.00 |
| ACL Inarme (USA) LLC<br>272 Bendix Road<br>Virginia Beach, VA 23452 | ACL Inarme (USA) LLC<br>272 Bendix Road<br>Virginia Beach, VA 23452 | Trade Debt | | 7,345.00 |
| Advantex Logistics Inc.<br>335 E Albertoni Street<br>Suite 217<br>Carson, CA 90746 | Advantex Logistics Inc.<br>335 E Albertoni Street<br>Suite 217<br>Carson, CA 90746 | Trade Debt | | 5,000.00 |
| Aeronet<br>PO Box 17239<br>Irvine, CA 92623 | Aeronet<br>PO Box 17239<br>Irvine, CA 92623 | Trade Debt | | 9,876.54 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | Credit card purchases | | 23,400.00 |
| Barami Global Trucking LLC<br>84 Harbor Drive<br>Jersey City, NJ 07305 | Barami Global Trucking LLC<br>84 Harbor Drive<br>Jersey City, NJ 07305 | Trade Debt | | 4,500.00 |
| Caliente Descansando, LLC<br>c/o of Agent for Service of Process<br>L. Bradley Kaplan<br>314 Marguerite # C<br>Corona Del Mar, CA 92625 | Caliente Descansando, LLC<br>c/o of Agent for Service of Process<br>L. Bradley Kaplan<br>Corona Del Mar, CA 92625 | Claimed Commercial Rent | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 137,000.00 |
| CMA-CGM (America) LLC<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | CMA-CGM (America) LLC<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | Trade Debt | | 140,000.00 |
| Coachwest Transportation, Inc.<br>1029 E Dominguez Street<br>Carson, CA 90746 | Coachwest Transportation, Inc.<br>1029 E Dominguez Street<br>Carson, CA 90746 | Trade Debt | | 27,400.00 |
| Continental Western Corporation<br>10818 Bloomfield Avenue<br>Santa Fe Springs, CA 90670 | Continental Western Corporation<br>10818 Bloomfield Avenue<br>Santa Fe Springs, CA 90670 | Trade Debt | | 4,867.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   A & A International Shipping Inc.    Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dependable Distribution Centers<br>2555 E Olympic Blvd<br>Los Angeles, CA 90023 | Dependable Distribution Centers<br>2555 E Olympic Blvd<br>Los Angeles, CA 90023 | Trade Debt | | 125,000.00 |
| Engels Trucking Corporation<br>530 Duncan Avenue<br>Jersey City, NJ 07306 | Engels Trucking Corporation<br>530 Duncan Avenue<br>Jersey City, NJ 07306 | Commercial Rent | Unliquidated | 21,000.00 |
| Five & Six Logistics, Inc.<br>14710 Maple Avenue<br>Gardena, CA 90248 | Five & Six Logistics, Inc.<br>14710 Maple Avenue<br>Gardena, CA 90248 | Trade Debt | | 5,000.00 |
| Hapag Lloyd (America) Inc.<br>555 E Ocean Blvd<br>Suite 300<br>Long Beach, CA 90802 | Hapag Lloyd (America) Inc.<br>555 E Ocean Blvd<br>Suite 300<br>Long Beach, CA 90802 | Trade Debt | | 17,890.00 |
| Maersk Agency USA, Inc.<br>9300 Arrowpoint Boulevard<br>Charlotte, NC 28273 | Maersk Agency USA, Inc.<br>9300 Arrowpoint Boulevard<br>Charlotte, NC 28273 | Trade Debt | | 44,734.15 |
| Mediterranean Shipping Co USA<br>420 5th Avenue<br>New York, NY 10018 | Mediterranean Shipping Co USA<br>420 5th Avenue<br>New York, NY 10018 | Trade Debt | | 112,000.00 |
| OOCL (USA) Inc.<br>1777 Center Court Drive N<br>Suite 500<br>Cerritos, CA 90703 | OOCL (USA) Inc.<br>1777 Center Court Drive N<br>Suite 500<br>Cerritos, CA 90703 | Trade Debt | | 24,300.00 |
| Parr Lumber<br>5630 Northwest Century Boulevard<br>Hillsboro, OR 97124 | Parr Lumber<br>5630 Northwest Century Boulevard<br>Hillsboro, OR 97124 | Trade Debt | | 19,278.00 |
| SJ Logistics America<br>83 Cedar Lane<br>Englewood, NJ 07631 | SJ Logistics America<br>83 Cedar Lane<br>Englewood, NJ 07631 | Trade Debt | | 18,855.00 |
| Toyota-Lift of Los Angeles<br>12907 Imperial Highway<br>Santa Fe Springs, CA 90670 | Toyota-Lift of Los Angeles<br>12907 Imperial Highway<br>Santa Fe Springs, CA 90670 | Trade Debt | | 7,800.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **A & A International Shipping Inc.**                                    Case No. _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 13, 2015**          Signature  _____
                                              **Algis Gulbinas**
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **A & A International Shipping Inc.**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Algis Gulbinas**<br>4813 Castle Road<br>La Canada Flintridge, CA 91011 | Equity - Stock | 750 (50%) | Common Stock |
| **Anton Tombu**<br>954 W 6th Street<br>San Pedro, CA 90731 | Equity - Stock | 750 (50%) | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 13, 2015**    Signature _____

**Algis Gulbinas**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, California**, California.

Date: **August 13, 2015**

**Algis Gulbinas**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br><br>California State Bar Number:<br><br><br><br>☐ Attorney for: Debtor appearing without an attorney | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**A & A International Shipping Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Algis Gulbinas**_____ , the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

  b. [✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 13, 2015**    By: _/s/_____
Date                    Signature of Debtor, or attorney for Debtor

                        Name: *AEA INTERNATIONAL SHIPPING INC.*
                        Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                F 1007-4.CORP.OWNERSHIP.STMT

**United States Bankruptcy Court**
**Central District of California**

In re   A & A International Shipping Inc.                                      Case No. _____

                                    Debtor(s)                                  Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Algis Gulbinas**, declare under penalty of perjury that I am the **President** of **A & A International Shipping Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of August, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Algis Gulbinas, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Algis Gulbinas, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Algis Gulbinas, President** of this Corporation is authorized and directed to file a bankruptcy case in *Pro Per* (without counsel), and/or employ attorneys or other professionals practicing and licensed in Los Angeles, California, as needed, to represent the corporation in such bankruptcy case."

Date  **August 13, 2015**                              Signed  _/s/ Algis Gulbinas_
                                                              **Algis Gulbinas**

Resolution of Board of Directors
of
A & A International Shipping Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Algis Gulbinas, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Algis Gulbinas, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Algis Gulbinas, President** of this Corporation is authorized and directed to file a bankruptcy case in *Pro Per* (without counsel), and/or employ attorneys or other professionals practicing and licensed in Los Angeles, California, as needed, to represent the corporation in such bankruptcy case..

Date  **August 13, 2015**                          Signed  _[signature]_

Date  **August 13, 2015**                          Signed  _____

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| California State Bar Number:<br><br>■ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s): | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**A & A International Shipping Inc.**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(d)] |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 13, 2015**

_____
Debtor's signature

Date: **August 13, 2015**

_____
Joint Debtor's signature (if applicable)

Date: **August 13, 2015**

_____
Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                F 1007-1.MAILING.LIST.VERIFICATION

A & A International Shipping Inc.
15914 S Avalon Boulevard
Compton, CA 90220


A&S Freight Services, Inc.
2653 E Carson Street
Long Beach, CA 90810


ACL Inarme (USA) LLC
272 Bendix Road
Virginia Beach, VA 23452


Advantex Logistics Inc.
335 E Albertoni Street
Suite 217
Carson, CA 90746


Aeronet
PO Box 17239
Irvine, CA 92623


American Express
Box 0001
Los Angeles, CA 90096-8000


AT&T Wireless Services
P.O. Box 8220
Aurora, IL 60572-8220


Barami Global Trucking LLC
84 Harbor Drive
Jersey City, NJ 07305

Caliente Descansando, LLC
c/o of Agent for Service of Process
L. Bradley Kaplan
314 Marguerite # C
Corona Del Mar, CA 92625


Christina L. Geraci, Esq.
Geraci Law Firm
90 Discovery
Irvine, CA 92618


CMA-CGM (America) LLC
5701 Lake Wright Drive
Norfolk, VA 23502


Coachwest Transportation, Inc.
1029 E Dominguez Street
Carson, CA 90746


Continental Western Corporation
10818 Bloomfield Avenue
Santa Fe Springs, CA 90670


Dennis P. Block, Esq.
Dennis P. Block & Associates
5437 Laurel Canyon Blvd
2nd Floor
Valley Village, CA 91607


Dependable Distribution Centers
2555 E Olympic Blvd
Los Angeles, CA 90023


Engels Trucking Corporation
530 Duncan Avenue
Jersey City, NJ 07306

Five & Six Logistics, Inc.
14710 Maple Avenue
Gardena, CA 90248


GI Logistics Operations
PO Box 2682
Santa Fe Springs, CA 90670


Hapag Lloyd (America) Inc.
555 E Ocean Blvd
Suite 300
Long Beach, CA 90802


Maersk Agency USA, Inc.
9300 Arrowpoint Boulevard
Charlotte, NC 28273


Mediterranean Shipping Co USA
420 5th Avenue
New York, NY 10018


OOCL (USA) Inc.
1777 Center Court Drive N
Suite 500
Cerritos, CA 90703


Parr Lumber
5630 Northwest Century Boulevard
Hillsboro, OR 97124


SJ Logistics America
83 Cedar Lane
Englewood, NJ 07631

Southern California Edison
PO Box 300
Rosemead, CA 91772


T-Mobile USA
Bankruptcy Dept.
P.O. Box 53410
Bellevue, WA 98015


Toyota-Lift of Los Angeles
12907 Imperial Highway
Santa Fe Springs, CA 90670

Case 2:15-bk-22774-ER    Doc 1    Filed 08/14/15    Entered 08/14/15 10:04:15    Desc
Main Document    Page 17 of 17